UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LORI A. BARNES,                                             CIVIL NO. 10-2145 (MJD/JSM)

    Petitioner,

v.                                                                           ORDER

BUREAU OF PRISONS and
RICARDO RIOS, Warden, FCI-Waseca,

    Respondents.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated August 29, 2011. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1. Petitioner's application for a writ of habeas corpus [Docket No. 1] is DENIED; and

2. This case is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: September 30, 2011

                                                s/Michael J. Davis
                                                MICHAEL J. DAVIS
                                                Chief United States District Judge